Based on AO 455 (Rev. 05/2020) Waiver of an Indictment

# UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ARIZONA

FILED ___ LODGED
RECEIVED ___ COPY

AUG 1 9 2020

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ DEPUTY

| | |
|---|---|
| United States of America,<br><br>  Plaintiff,<br><br>vs.<br><br>David Nava-Alcantar,<br><br>  Defendant. | Case No. 20-08648M<br><br>CR-20-01282-01-TUC-RM (JR)<br><br>WAIVER OF INDICTMENT |

I understand that I have been accused of one or more offenses punishable by imprisonment for more than one year. I was advised in open court of my rights and the nature of the proposed charges against me.

After receiving this advice, I waive my right to prosecution by indictment and consent to prosecution by information.

☐ After full consultation with counsel, I have given counsel permission to sign this Court document on my behalf. [check if defense counsel is signing on behalf of defendant]

Date: 08/14/2020

_for David Nava-Alcantar_
Defendant

_Jose H. Robles_
Attorney for Defendant

_H. Vásquez_
United States ~~Magistrate~~ Judge
DISTRICT