## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ARIZONA

**United States of America**

  v.

**David Nava-Alcantar**

**JUDGMENT IN A CRIMINAL CASE**
(For Offenses Committed On or After November 1, 1987)

**No. CR-20-01282-001-TUC-RM (JR)**

Jose H. Robles (CJA)
Attorney for Defendant

USM#: 08501-151          ICE# A203714514

**THE DEFENDANT ENTERED A PLEA OF** guilty on 8/19/2020 to the Information.

**ACCORDINGLY, THE COURT HAS ADJUDICATED THAT THE DEFENDANT IS GUILTY OF THE FOLLOWING OFFENSE(S):** violating Title 8, U.S.C. §1326(a), Reentry of Removed Alien, with sentencing enhancement pursuant to Title 8, U.S.C. §1326(b)(1), a Class C felony offense, as charged in the Information.

**IT IS THE JUDGMENT OF THIS COURT THAT** the defendant is committed to the custody of the Bureau of Prisons for a term of **TIME SERVED.** The Court finds that Supervised Release is not required by statute and that defendant is a deportable alien who likely will be deported after imprisonment. Therefore, pursuant to USSG §5D1.1, no term of Supervised Release is imposed in this case.

### CRIMINAL MONETARY PENALTIES

The defendant shall pay to the Clerk the following total criminal monetary penalties:

**SPECIAL ASSESSMENT:** REMITTED      **FINE:** WAIVED      **RESTITUTION:** N/A

The Court finds the defendant does not have the ability to pay a fine and orders the fine waived.

On motion of the Government, the special assessment is REMITTED.

**THE COURT FINDS** that you have been sentenced in accordance with the terms of the plea agreement and that you have waived your right to appeal and to collaterally attack this matter. The waiver has been knowingly and voluntarily made with a factual basis and with an understanding of the consequences of the waiver.

The Court orders commitment to the custody of the Bureau of Prisons.

CR-20-01282-001-TUC-RM (JR)                                              Page 2 of 2
USA vs. David Nava-Alcantar

Date of Imposition of Sentence: **Wednesday, August 19, 2020**

    Dated this 19th day of August, 2020.

                                                                                              _____
                                                                                       Honorable Rosemary Márquez
                                                                                       United States District Judge

**RETURN**

I have executed this Judgment as follows: _____

defendant delivered on _____ to _____ at _____, the institution

designated by the Bureau of Prisons with a certified copy of this judgment in a Criminal case.

_____                    By:    _____
United States Marshal                                                  Deputy Marshal